IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Applications for Order | Case No. 3:17mj1898(WIG) |
| | August 14, 2020 |

## MOTION TO UNSEAL MATTER BUT MAINTAIN THE APPLICATION

The above-captioned matter was sealed by Court order on December 6, 2017. The Government hereby moves to unseal this matter but requests that the Application itself (Doc. 1) stay sealed because it contains the actual grand jury subpoena. *See* Rule 6(e) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY
*/s/ Sarah P. Karwan*

---

SARAH P. KARWAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct22911
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT   06510
Tel.:   (203) 821-3700
sarah.p.karwan@usdoj.gov

1